SIGMUND J. BERNSTEIN, Respondent, v. MAX STABINS and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

B. W. LOUGHEED & COMPANY, LTD., Appellant, v. YONE SUZUKI and Others, Copartners, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

KATHERINE CONROY and Another, as Executors, etc., of MARGARET L. KINGSLEY, Deceased, Appellants, v. THE EQUITABLE TRUST COMPANY OF NEW YORK, Individually and as Successor Trustee under a Deed of Trust Dated November 11, 1904, from MARGARET L. KINGSLEY to the CITY TRUST COMPANY OF NEW YORK, and Another, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

THE EQUITABLE TRUST COMPANY OF NEW YORK, as Successor Trustee under a Deed of Trust Dated November 11, 1904, from MARGARET L. KINGSLEY to the CITY TRUST COMPANY OF NEW YORK, Respondent, v. CHARLOTTE M. KINGSLEY and Others, Respondents, KATHERINE CONROY and Another, as Executors, etc., of MARAGRET L. KINGSLEY, Sometimes Known as MARGARET L. TAPPIN, Deceased, Appellants.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

CLARA GROTH, Respondent, v. NATHAN LEVIN, Appellant.— Judgment and order reversed and new trial ordered, with costs to appellant to abide the event, unless plaintiff stipulates to reduce the judgment as entered to the sum of $5,133.95; in which event the judgment as so modified and the order appealed from are affirmed, without costs. No opinion. Settle order on notice. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

HERMAN GROTH, Respondent, v. NATHAN LEVIN, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MARIE H. BADDOUR, Appellant, v. RASCHID S. BADDOUR, Respondent.— Judgment affirmed, without costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

· MARIE H. BADDOUR, Appellant, v. RASCHID S. BADDOUR, Respondent.— Order affirmed. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ADRIAN ISELIN and Others, Copartners, etc., Appellants, v. HABIB HOMSY and Another, Copartners, etc., Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JOSEPH G. LAMB, Respondent, v. J. & R. LAMB (a Corporation), Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

ESTHER OBERLANDER, Respondent, v. NAUSS BROTHERS COMPANY, Appellant. — Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

MARY MAHER, Respondent, v. FIFTH AVENUE COACH COMPANY, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Smith, Finch and McAvoy, JJ.

JAMES MOORE, Respondent, v. MAYER L. ROSENMOND, Appellant.— Judgment